F... ULLY REQUEST APPOINTMENT OF COUNSEL AND RIGHT TO APPEAR BEFORE THE GR-
AND JURY AND A JURY TRIAL? REQUEST LEAVE TO ADD-TO,AMEND,PERFECT THIS
CASE? THIS IS A BIVENS/TORT CLAIM(LAWSUIT)UNDER TITLE 42 USC SEC.1981,
2 USC SEC's 1985,    **IN THE UNITED STATES DISTRICT COURT**   1986--CIVIL RIGHTS,
CONSPIRACY(COLLUS---**FOR THE** *Capitol -* **DISTRICT OF** *Columbia - Capital U.S.A. Capitol*
ION)CLAIMS-TITLE VII, FEDERAL CIVIL RIGHTS ACT=EMPLOYMENT(BRING BACK UNICOR)DIS-
CRIMINATION CLAIMS-42 SEC. 1997: CIVIL RIGHTS OF INSTITUTIONALIZED PERSONS ACT

PROPHET HAKIYM JOAQUIN FOY AL-                )
    (CRIPA); REHABILITATION ACT/AMERICAN

MAHDI(THE MAHDIYAH AND MESSIAH               )
DISABILITY ACT, RELIGIOUS FREEDOM
RESTORATION ACT, RULUIPA,FREE EXER--

OF THE ENTIRE AL-ISLAMIC MUSLIM             )
**Docket No.** _____ CISE CLAUSE,
**(To be supplied by the Clerk)** ESTABLISH-

WORLD)THE EXPECTED ONE; ET AL.             )
MENT CLAUSE, FOURTEENTH AMENDMENT,RELI-
GIOUS FREEDOM RESTORATION ACT, RELIGI-
OUS LAND USE AND INSTITUTIONALIZED PER-

      **Plaintiff/Petitioner(s);**                )
SONS ACT[RLUIPA] *et cetera* ..............

  **CIVIL RIGHTS COMPLAINT**

☒   **pursuant to 42 U.S.C. §1983**
    **(State Prisoner)**

        -vs-
**WARDEN DAVID PAUL** */et Al./etc.*
ACTING WARDEN=ASSOCIATE WARDEN     )

  **CIVIL RIGHTS COMPLAINT**
☒   **pursuant to 28 U.S.C. §1331**

MR. COOPER AND MR.CLORE(FOOD AD- )

  Case: 1:18-cv-00718

MINISTRATOR),ET AL.[OTHERS]; IN       )
  Assigned To : Unassigned
  Assign. Date : 3/23/2018

THEIR OWN OFFICIAL AND INDIVI-       )
  Description: Pro Se Gen Civ. **(F-DECK)**

DUAL CAPA- **Defendant/Respondent(s).**   ) *And THE So-CALLED "NEW WORLD ORDER." Etc,*
CITIES AS PENAL AUTHORITIES ON THIS PRISON COMPOUND[AUTHORITIES]F.M.C.-
PMB-4000, ROCHESTER, MINNESOTA. 55903-4000.REGIONAL OFFICE[KANSAS CITY-KAN-

I.    **JURISDICTION** *Region A/Dir. Innocent Regional Director* SIS],ETC...IN
          THEIR OWN(REGIONAL DIRECTOR)OFFICIAL&PERSONAL CAPACI-

  A.   Plaintiff's mailing address and/or register number and present place of confinement. TIES,ET(
      PROPHET H.J.FOY AL-MAHDI,ET AL.[OTHER INMATES], UNITED STATES

      MARSHAL's NUMBER# 77218-079(Tx.)F.M.C.-PMB-4000, GENERAL POPU-
  B.   LATION&MENTAL HEALTH INMATES OF #1-2-UNIT[HIGH-FUNCTIONING M.H.
      **Defendant** _____ is employed as ROCHES-
           **(Name of First Defendant)**           TER,MN.
      A.W. MR.COOPER,ET AL.(OTHERS) _____ 55903-
            **(Position/Title)**           4000.

    with CENTRAL OFFICE-FEDERAL BUREAU OF PRISONS-WASH.,D.C.
           **(Employer's Name and Address)**
    #320-FIRST STREET, N.W.,WASH.,D.C., 20534.  #320-FIRST ST.,WASH-

    INGTON, DISTRICT COLUMBIA. 20534. GENERAL COUNSEL[HON.], ET AL
  C.   At the time the claim(s) alleged in this complaint arose, was the defendant employed
    by the state, local or federal government?

        Yes (x)        -No-(-)--

    If your answer is "yes", briefly explain:

    RESPECTFULLY SUBMITTED BP-9's-10's-11's ANWERS NOT
    SATISFACTORY ~~COMMISSION BETWEEN~~ NORTH CENTRAL REGIONAL OFFICE
    AND THIS F.M.C.-ROCHESTER, MN. 55903.

DEC - 4 2017

*"Removal of Beverages And Food Items".*

D. Defendant *Mr. Cooper* is employed as
(Name of First Defendant)

*Acting Warden - A.W. - Mr. Cooper The Dictator*
(Position/Title)

with *F.M.C. - Pmb - 4000 Rochester MN. 55903 -*
(Employer's Name and Address)
*Central Office of F.B.O.P. - W.C. (WASH.) - 4000.*

E. At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?

Yes (✓)   No ( )

If your answer is "yes", briefly explain: *Acting Warden - Associate Warden Cooper and Food Administrator Mr. Clone - And Both These Two Dictators And Tyrants Are Exploitors And Oppressors - Etc*

F. Using the outline of the form provided, include the above information for any additional defendant(s).

*North Central Regional Office Kansas City, Kansas.*

## II. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

*U.S. Western Dist.*   Yes ( )   No (✓)   *of Mo. Springfield Mo. 65801.*   *Yes. A Motion for Unconditional Release; Reimbursement of Docting Fees.*

B. If your answer to "A" is "yes", describe the lawsuit(s) in the space below. (If there is more than one (1) lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.) Failure to comply with this provisions may result in summary denial of your complaint.

*Director of Tort Claim - U.S. Dept. of Justice - #950 - PA. Ave., N.W. WASH., D.C. 20530.*

— 2 —

D. Defendant _Mr. Clone_
   Position _Food Administrator_
   Employed at _F.M.C- Rochester, MN._
   Address _PMB-4000, MN. 55903-4000._
   Capacity in which being sued: Individual ( ✓ ) Official ( ✓ ) Both ( ✓ )

E. Defendant _Director of North Central Re-_
   Position _gional Office of Kansas City,_
   Employed at _Kansas for Collusion with_
   Address _Cooper and Clone - F.M.C. Ro-_
   Capacity in which being sued: Individual ( ) Official ( ) Both ( ) _CHESTER-MN._

F. Defendant _____
   Position _____
   Employed at _____
   Address _____
   Capacity in which being sued: Individual ( ✓ ) Official ( ✓ ) Both ( ✓ )

IV. STATEMENT OF CLAIM

State here as briefly as possible the FACTS of your case. Describe how each defendant is involved. Include also the names of the other persons involved, dates and places. DO NOT GIVE ANY LEGAL CITATIONS OR ANY LEGAL ARGUMENTS OR CITE ANY STATUTES. If you wish to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

_Hon. Chief Judge To Order Arrests of Both A.W. Associate Warden Mr. Cooper and Mr. Clone for Removal of Iodized Salt from daily diet (Life Threatening) from Diet B/ and A/or_

_(Infliction of Emotional Stress - Pain And Suffering!_

_"Attempt Murder. BATTERY!_

_Denial of Life - Liberty - Property - Pursuit of Happiness? 3 of 32! Trans - Dicta - Oppression - Torture - Exploitation -_

*P.S.: if we inmates don't receive iodized-salt we will perish [Die]!!! We are receiving a bland diet!*

THAT THIS PRISON ADMINISTRATION IS FLAGRANTLY GUILTY OF

TARGETING AND SYSTEMATICALLY ATTACKING WE INMATES OF 1-2-

BLDG.,BY WAY OF VIOLATING THEIR OWN RULES OF PLACING US(1-2)IN

FIFTH PLACE...EVENTHOUGH WHICH EVER UNIT COMES IN FIRST PLACE

AS FAR AS HAVING THE CLEANEST UNIT ON THIS PENAL

COMPOUND...GOES FIRST TO EAT MEALS...AND WE HAVE THE CLEANEST

UNIT BY FAR BEYOUND A REASONABLE DOUBT AND THE ACTING

WARDEN(A.W.)ORDERED THAT WE GO TO CHOW IN FIFTH PLACE AS A

FORM OF *Punishment* DISCRIMINATION AGAINST 1-2[GENERAL POPULATION AND HIGH

FUNCTIONING MENTAL HEALTH UNIT]AND WE INMATES OF UNIT 1-

2...SHOULD BE RATED IN FIRST PLACE TO EAT AS WE USUALLY ARE

AND NOT IN FIFTH PLACE DUE TO OUR OUTSTANDING CLEANEST UNIT ON

THIS PENOLOGICAL COMPOUND!


DENIAL OF BENEFITS OF SALT:


1. AIDS IN BLOOD SUGAR CONTROL BY IMPROVING INSULIN

SENSITIVITY.

2. MAINTAINS PROPER STOMACH PH.

3. IMPROVES SLEEP QUALITY.

4. ENCOURAGES A HEALTHY WEIGHT AND FAST METABOLISM.

5. PROVIDES RELIEF FROM A SORE THROAT, MUSCLE CRAMPS, NASAL

AND SINUS PROBLEMS.

6. MAINTAINS ELECTROLYTE BALANCE.

7. INTAKE OF IODIZED SALT HELPS TO PREVENT HYPOTHYROIDISM.

8. AIDS IN SWEATING ESPECIALLY IN THE SUMMERTIME.

9. THYROID AND SWEAT GLANDS ACTIVATION.

10.RECOMMENDED DAILY CONSUMPTION FOR A HEALTHY ADULT IS: 2300-

MILIGRAMS OR ONE TEASPOON PER DAILY.

*Control Freaks - Exploitation - Abuse of Power and Authority! Cruel and Unusual Punishment - Pain & Suffering! Malice - Torture!*

THAT ACTING WARDEN-A.W.COOPER IS REMOVING CERTAIN FOOD ITEMS AND APPROVING OTHERS SUCH AS...PINK PACKETS OF SUGAR SUBTITUTE WHICH CONTAIN SACCHARINE WHICH CAUSE STOMACH CANCER IN LABORATORY RATS...AND COOPER IS PERPETUATING SLOW AND GRADUAL DEATH AMONGST WE INMATES WHICH CONSTITUTES GENOCIDE AND CANCER IN INMATES WHICH IS A FLAGRANT VIOLATION OF THE U.N.GENOCIDE CONVENTION AND THESE CANCER CAUSING SUBSTITUTE SUGARS(PINK PACKS)SHOULD BE DULY REPLACED BY THE MUCH SAFER YELLOW PACKETS OF SUGAR PACKETS WHICH CONTAIN DERIVATIVES FROM GENUINE SUGAR WHICH CARRIES DEXTROSE-SUCCROSE-DESTRIN-ET CETERA WHICH IS KNOWN BY SCIENTISTS IN THE MEDICAL FIELD OF NOT TO CAUSE CANCER IN STOMACHS OF LAB-RATS(STOMACHS TEN TIMES TOUGHER THAN HUMAN BEING STOMACHS)AND IN HUMAN BEINGS!

THE RETURN OF SALT SHAKERS OR SALT(IODIZED)PACKS AS SOON AS POSSIBLE AND ALSO THE FACT THAT THIS IS A CONSTITUTIONAL CIVIL RIGHT OF FUNDAMENTAL-FREEDOMS AND RIGHT TO ENJOY AND ENJOIN, AS ALL OTHERS IN THE F.B.O.P. TO USE SALT IN THEIR MEALS...AND LIBERTY INTEREST AND AUTONOMY-ETC.

I HAVE BEEN ARBITRARILY DETAINED AND HELD HOSTAGE(RELIGIOUS-POLITICAL-PRISONER OF CONSCIENCE FOR ALMOST 14-YEARS NOW AND AM A PRETRIAL DETAINEE AND ARRESTEE INNOCENT UNTIL PROVEN GUILTY...UNDER BELL V. WOLFISH, 441 U.S. 520 (1979)AND I HAVE ALSO BEEN PLACED INTO A CIVILLY COMMITTED STATUS AND MY CASE HAS BEEN RESPECTIVELY TRANSFERRED TO THE U.S.FIFTH CIRCUIT COURT OF APPEALS AND AS WELL AS I AM RESPECTFULLY PROCEEDING IN THE U.S.SUPREME COURT OF AMERICA[THE HIGHEST COURT IN THIS

COUNTRY AND SOVEREIGN NATION]ETC.

I AM ALSO A NUBIAN ISLAMIC HEBREW AND REQUIRE SALT IN MY
DAILY MEALS ACCORDING TO HOLY BIBLICAL AND GLORIOUS
QUR'AN[KORANIC SCRIPTURE OF THE OLD-NEW-LAST TESTAMENTS AND
RECOGNIZE THE 25-HOUR SABBATH FROM SUNSET FRIDAY TO SUNDOWN
SATURDAY OR THE 25-HOUR SABBATH...AND UNDER...THE FREE
EXERCISE CLAUSE...THE ESTABLISHMENT CLAUSE...THE FOURTEENTH
AMENDMENT...THE RELIGIOUS FREEDOM RESTORATION
CLAUSE(RFRA)...THE RELIGIOUS LAND USE AND INSTITUTIONALIZED
PERSONS ACT(RLUIPA).....

ALSO SEE...AFRICA v. COMMONWEALTH OF PENNSYLVANIA, 662 F.2d
1025 (3RD. CIR. 2000);   TRANSFERS AND SEGREGATION: VITEK v.
JONES, 445 U.S. 480 (1980); SEE: BIVENS AND F.T.C.A.
COMBINED[LAWSUIT WITH TORT CLAIM]; FOOD; ROBLES v. COUGHLIN,
725 F.2d 12 (2nd.CIR. 1983); FOSTER v. RUNNELS, 554 F.3d 807
(9TH.CIR.2009);
DEALING WITH RETALIATION: OLIM v. WAKINEKONA, 460 U.S. 238
(1983); CLEGGETT v. PATE, 229 F.SUPP. 818 (N.D.ILL.1964);
THADDEUS-X v. BLATTER, 175 F.3d 378 (6TH.CIR.1999); CALHOUN v.
HARGONE, 312 F.3d 730 (5TH.CIR.2002); WITTE v. WISCONSIN DEPT.
OF CORRECTIONS, 434 F.3d 1031 (7th.CIR.2006); GOMEZ v. VERNON,
225 F.3d 1118 (9TH.CIR.2001); VALVANO v. McGRATH, 325 F.SUPP.
408 (E.D.N.Y.1970); PROTECTED CONDUCT-ADVERSE ACTION-CAUSAL
CONNECTION-TITLE 18 U.S.C. SECTION-1512 (a)(2).

THE ACTING WARDEN A.W. MR.COOPER IS A TYRANT-DICTATOR-
OPPRESSOR OF WE INMATES AND HIS ORDER TO REMOVE THE SALT

(THE NEW WARREN STATES that he is not Bringing BACK the Louisell JAIL)

(THE NEW WARREN MR. DAVID PAUL is AGAINST we inmates, And A Advocate And SupporteR of Dictatorial-TyRants Cooper & Clore)

SHAKERS IS UNHEARD OF IN THE PENAL SYSTEM TO MY KNOWLEDGE OF COMING TO PRISON AND JAILS AND STATE PENITENTIARY SINCE THE 1970's FOR A PERIOD OF 35-YEARS...IS UNHEARD OF DUE TO FACT THAT SALT HAS BEEN USED BY MAN AND MANKIND FOR THOUSANDS OF YEARS NOW SINCE BIBLICAL DAYS AND TIMES. EVEN THE CHILE DICTATORS OF SOUTH AMERICA DON'T DO IT AND THEY HAVE BEEN LABELED TYRANTS AND DICTATORS SINCE ALMIGHTY-GOD KNOWS WHEN AND HAVE BEEN SCORNED AND WARNED BY ORGANIZATIONS SUCH AS...AMNESTY INTERNATIONAL[USA AND ENGLAND-LONDON=H.Q.'s]. THAT WE INMATES HERE IN/AT F.M.C.-PMB-4000,BLDG.,1-2(IN PARTICULAR),ROCHESTER,MN. 55903-4000.,...ARE WRONGFULLY BEING DISCRIMINATED AGAINST BY THIS OPPRESSIVE REGIME BY A.W.COOPER AND MR. CLORE (THE FOOD ADMINISTRATOR)FOR NO JUSTIFIABLE OR LEGITIMATE REASON EXCEPT DISCRIMINATION AGAINST UNIT 1-2- PRISONERS AND PATIENTS FOR YEARS NOW AND BLATANTLY AND FLAGRANTLY DISCRIMINATED BY THESE TYRANTS AND DICTATORS OF AMERIKKKA AND HAVE TO BE RIGHTFULLY REMOVED AND REPLACED BY A LEGITIMATE WARDEN(MALE OR FEMALE)BECAUSE THE LAST TWO WARDENS WERE EXTREMELY COOL AND WELL LIKED BY BOTH STAFF-MEMBERS AND INMATES AND FED US VERY AND EXTREMELY WELL[HON.WARDEN B.R.JETT AND HON.LADY WARDEN MRS. L'LaRIVA]AND WERE BOTH EXTREMELY FAIR AND WENT BY THE U.S.CONSTITUTION OF AMERICA AND THE F.B.O.P.- POLICY. AND WE USED TO RECEIVE GOOD AND NUTRITIOUS AND WHOLESOME FOOD AND WERE WELL FED BY BOTH THEIR ORDERS AND THEY DID NOT PLAY HEADGAMES OF COVERTLY AND SUBVERSIVELY UNDERMINING OUR INMATE RIGHTS AND USURPING OUR RELIGIOUS- CIVIL-HUMAN-POLITICAL-MEDICAL-PRISONER RIGHTS AND FUNDAMENTAL- FREEDOMS OF BOTH THE U.S.A. AND U.N. GOVERNMENTS UNDER THE ROME STATUTES AND UNIVERSAL DECLARATION OF HUMAN RIGHTS...AND

PROTECTION OF PRISONERS UNDER INTERNATIONAL LAW(S). SEE:
STERLING v. CUPP, 625 P.2d 123, 131 n.21 (OR.1981); ATKINS v.
VIRGINIA, 536 U.S. 304 (2002), ROPER v. SIMMONS, 125 S.Ct.
1183 (2005); UNDER ARTICLE VI, SECTION 2 OF THE UNITED STATES
CONSTITUTION TREATIES ARE PART OF THE "SUPREME LAW" OF THE
LAND. FOREIGN RELATIONS LAW, SECTION 702 (1987). FILARTIGA v.
PENA-IRALA, 630 F.2d 876 (2ND,CIR.1980). THE UNITED STATES HAS
RATIFIED FOUR HUMAN RIGHTS TREATIES THAT ADDRESS THE RIGHTS OF
PRISONERS: CONVENTION AGAINST TORTURE AND OTHER CRUEL, INHUMAN
OR DEGRADING TREATMENT OR PUNISHMENT; THE INTERNATIONAL
COVENANT ON CIVIL AND POLITICAL RIGHTS; THE INTERNATIONAL
CONVENTION ON THE ELIMINATION OF ALL FORMS OF RACIAL
DISCRIMINATION; AND THE SIGNING AND RATIFICATION OF BOTH THE
U.N.TREATY AND U.N PARTICIPATION ACT OF 1945...BY TRUMAN AND
SENATE[SIMULTANEOUSLY]. THAT I DO NOT FALL UNDER THE
P.L.R.A.[PRISON LITIGATION REFORM ACT]BECAUSE I AM A PATIENT
AND NOT PRISONER AND CIVILLY COMMITTED. PLRA DOES NOT APPLY TO
ME WHATSOEVER.....TAKE A LOOK OF DEFINTION OF A PRISONER THEN
A MENTAL HEALTH PATIENT CIVILLY COMMITTED[FILING FEES FOR A
LAWSUIT DOES NOT APPLY TO ME].

SundAY
8-6-2017.
DAted:

PEACE.

U.S.M.
079 (TX.) Bldg. 1-2
Rm. 218, F.M.C.-PMB
4000, ROCHESTER,MN.
55903-4000.

This is a Bivens Action and Tort Claim Action combined. This claim and action is respec-
tively under the provisions of Title 28 of the United States Code, Sections 1346(b),
1402(b), 2401(b) and 2671-2680. See Title 28
of the United States Code[U.S.C.]. The United States and defendants...Acting Warden-Asso-ciate Warden Mr. Cooper and Mr. Clore[Food Admistrator]here in this penal facility[f.m.c.-rochester-mn. 55903-4000]along with the United States...also under Title 28 U.S.C. Section-2679(d)(2)and all defendants are acting under federal color of law. And this Bivens Action and F.T.C.A. combined and proconsolidated together as one is taken Under Good Faith and et cetera. Intentional infliction of emotional distress has wrongfully attached to this case(IIED)and see Bivens Action and Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).

AXIS I AND II: Schizoaffective Disorder, Bipolar Type, Hypomania, Episodic, with Interepode Remission of Symptoms. Rule out Personality Disorder, and Negative on all other ailments and diseases(Spiritual-Emotional-Mental-Psychological-Physical Diseases); Interaction with the Legal System and Global Assessment of Functioning was 19-Psychological Points Higher than the Average College School Graduate in the year of 1999[Foy Given a Psychological Battery of Tests Including the Minnesota Tests(2)and several other Psychological Tests by Dr. Frederick,Phd.,(Psychologist at M.C.F.P.-Springfield,

Mo.)in 1999...and Dr. Frederick retired from that penal facility in or around 2012-13...and Foy's Psychological Profile is easily beyond that psyche findings in this day in time[Foy's afforded and provided Psychological Battery of Tests will easily prove that Foy is at least 33-Psychological points higher than the average college graduate in this day in time...due to his Knowledge and Expertise on The New World Order and National and International Laws and of The United Nations System including the United States Constitution of America)etc.

Mr. Foy does not suffer from Schizoaffective Disorder and does not harbor Psychotic or Delusional Disorders and thoughts concerning his frame-up by F.B.I.Cointel-pro=Counterintelligence Program implemented by F.B.I. and U.S. Attorney's Officers of both Brownsville,Tx. and now Philadelphia, Pennsylvania...copy-cating off one another. During the past 14-years(plus over)Foy has not exhibited any of the behaviors characteristic of any labile(verbally all

over the place)moods such as nefariousness(evil and wickedness)or life and death threatening or hostility towards Staff-Members or Correctional Officers for over now 14-years as an incarcerated inmate during his entire time as a non-violent patient-inmate in three separate Federal Medical Centers in three different States. Foy(i)do not suffer from racy thoughts, hallucinations(auditory), psychotic episodes, pressured speech, or self-centeredness and is not in a state of denial. Foy's(i myself)slightly alienated(due to wrong prescribed chemical drug called Haldol Deconate Injections per every 28-days)from his true-genuine-authentic self is forcing himself to function at about 75% out of 100% and Foy has always been above average during his years in elementary-high school-intermediate high and senior years and physically fit[ran track-played hard ball and soft ball-basket ball-wrestling-gymnastic team captain-played tackle foot ball with football with high(junior high)school tackle team students after school hours and has Presidential Awards-et cetera. i (Foy)vehemently asserts and denies any and all other psychotic symptoms and does not suffer from psychotic episodes or neurotic episodes and does not suffer from or respond to any non-existing stimuli(such as i.e.,Delusions of Grandeur-Grandiose Ideations-nefarious satanic thoughts and i do not hold grudges for long periods of time...they just come and go quickly due to my prayers to Almighty-God=Yah-Allah Ta'Ala-Yahweh-Adonay-Yahvah-Dios-Jah-Jehovah-Tetragrammaton and Foy is a Nubian Islamic Hebrew[Al-Islam-Judaism-Hebrew Kabbalah and Three Secret Societies=Order of Jesus Christ=Astara-B.O.T.A.=Builders of The Adytum-Sons of The Green

Light=Shriners]. Unlike the Freemasons i am not under a Blood-Oath...but am only under Secret Society Oaths. i am about to come off of the wrong drug for my A.D.H.D.(Attention Deficit/Hyperactiveness Disorder)and was receiving Strattera which works like a Speed but isn't, and has no harmful side effects or addiction and works like a speed but isn't. Thus, so far i have been cooperating with Dr.Ms. D. Hart but i find her unreasonable and contiuosly trying to play me off as a Mentally-ill person while i am competent-coherent-sane-lucid-normal-minded-mentally stable person. My diagnosis (present tense) and prognosis(future tense) is mentally sound and stable...and i am not psychologically guarded in my dismissed case(dismissed on 12-19-2005)and i am a non-accused civilly committed detainee and no longer a pretrial detainee and arrestee...but i am actually innocent and have been  a non-accused civilly committed detainee for over 12-years now. And i have been this sort of innocent individual for over 14-years now as of 10-1-2003. i am not arrogant, ignorant, selfish, hateful, resentful, entitled, condescending, maladaptic personality traits that interfere with my ability that interfere with my ability to appropriately interact with others. i(Foy_am being wrongfully and inhumanly subjected to Punitive Psychiatry, Experimentation on Inmate, Medical Malpractice, Medical Negligence(Dr. Hart fails to prescribe the proper and correct type of Medication called Strattera-Focalin-Concerta-Vyvanse-Adderall-Amphetamine Salts-Ritalin=CIBA's)for A.D.H.D., and furthermore i am being subjected to Pain and Suffering, Torture, Cruel and Unusual Punishment, Corporal Punishment,

Exploitation, Oppression, Mental Anguish, Violation of Liberty Interest and Autonomy and et cetera. Foy's responses to questions is designed to elicit

his factual understanding of the legal system proves he has a good grasp of the adversarial nature of the trial process. And He(Foy)understands the former criminal charges which were once against him and can appreciate the seriousness and the potential penalties if he had been found guilty of the now dismissed charges. Diagnostic Impressions: According to THE DIAGNOSTIC and STATISTICAL MANUAL OF MENTAL DISORDERS, FIFTH EDITION, of the American Psychiatric Association, my(Foy's)Right and Exact and Accurate and Correct Diagnosis and Prognosis are considered to be the following: Non-Schizoaffective Disorder, Non-Bipolar type, Non-Hypomania Disorder, Non-Episodic, Non-Thought or Personality Disorder with episodic remission of any negative symptoms. i am not suffering from a clearly delusional or psychotic or maladaptic characterological features or a behaviorally non-stable period or otherwise asymtomactic situation. Non-Labile Moods such as negativity or hostility towards staff-members, no agitation, verbal threats to any staff-member in all three F.M.C.'s , No pressured Speech, No Racy Thoughts, Tangential Behaviors, No-Biploar Mood-Swings of Highs and Lows of Depression and suicidal thoughts.

My(Foy's)release would not predict dangerous behavior which would be shown to be limited reliability, and the reliabilty of such predictions tends to decrease as the time from the opinion increases. Mental and physical factors prove and show that i(Foy Al-Mahdi)am not at greater risk of bodily injury to

another person, myself, or serious damage to the property of another. Foy is not at greater risk for violent, criminal, or nuisance behavior---whom also has no convictions for violence on his fbi or police records and none in the fbop or any violent felony convictions or dangerousness and has never been apprehended with any weapons or illegal drugs in four states since first coming to jail since the 1970's. That Mental Health Drs.(certain ones)mix truth with falsehood to bring about the appearance of a mental illness, mental defect, mental disease. That the Psychiatric-Penal-Judicial authorities(majority)enter into collusion to cement the process of criminalization and their courts are the courts of lawlessness and injustice!

That the very vast majority of psychiatric, judicial, penological authorities are chronic-habitual-pathological (diseased)liars! That Foy has no convictions for violent behavior and fraudulently claim that Foy has a history of making threats and they fail to disclose the whole entire truth about how they violate and break the laws against torture, exploitation, oppression, freemasonic food ralleries, cruel and unusual punishment, control freakings, humiliations, abasements, degradations, revilements, slander-defamation of character-credibilty- reputation, verbal abuse, discriminations, open-bold-disrespect,etc. i (Foy) have no erotomanic fixation on anyone or more ladies and being in love is considered to be erotomanic fixation by certian psychoquack and psychobabbling idiots(Like Drs. Richart demeir and Wolfson)whom obviously have never been in love with a woman. Foy has been mentally evaluated under the HARE PSYCHOPATHY

Checklist while in F.M.C.-Butner, N.C.

whom all Chief Psychiatrist Lady Dr. Jean Zula and Chief

Psychologist Dr. Gary Junker and the entire staff of

psychiatrists and psycholofgists agreed that i(Foy) did not

meet the criteria for psyche commitment under Title 18 U.S.C.

Section-4246...because He(Myself)was mentally incompetent but

not dangerous and therefore did not come under 4246 and this

Risk Assessment panel Hearing was held twice.....on 2/22-

23/2005 and once again with the same findings...on 7/11/2005.

And the Dishon. Judge Eduardo C. Robreno disagreed with their

findings as if he is a psychiatrist and psychologist whom

wanted me on Paper as a Probation Case and he does not

qualifiy as a mind expert and mind specialist as these doctors

do and he had me sent to m.c.f.p.-springfield, mo., for a

Third Psyche hearing in violation of psychiatric and judicial

laws and placed back into the system for a third psychiatric

hearing on a invalid court order under United States v. Lapi[a

Flagrant Violation of overstepping  jurisdiction and

boundaries]! he is a DISHONORABLE JUDGE in The u.s. eastern

district court of pennsylvania[philadelphia-pa.].

Folk(FOY)NEVER CLAIMED or said that he retained authoritlk to various
NATIONAL OR INTERNATIONAL AGENCIES(DEFENDANTS DELIBERATELY AND INTEN-
TIONALLY MISCONSTRUE AND LIE ABOUT WHAT FOY CLAIMED AND SAID TO MAKE
FOY LOOK INSANE AND CRAZY BY MIXING TRUTH WITH FALSEHOOD TO BRING ABOUT
THE APPEARANCE OF A MENTAL ILLNESS, MENTAL DEFECT, MENTAL DISEASE AND
CERTAIN PSYCHE DRS. ARE PROFESSIONAL LIARS AND HYPOCRITES[COVERERS OF
THE TRUTH AND ARE ILLEGAL FORCE MEDICATORS)INCLUDING THE F.B.I.,C.I.A.,
INTERNATIONAL POLICE(INTERPOL IN LYON-FRANCE=DIR.RONALD K. NOBLE), WAR
CRIMES TRIBUNALS[INTERNATIONAL COURT OF JUSTICE AND THE INTERNATIONAL
CRIMINAL COURT=BOTH AT THE HAGUE IN THE NETHERLANDS]. FOY NEVER SUBMIT--
TED RAMBLING LETTERS(DENIALS OF BP-9's-10's-11's FORMAL COMPLAINTS FORMS
)SO I HAD TO IMPROVISE BY MAKING MAKESHIFT FRONTAL SHEETS(INFORMAL)TO
COMPLAIN TO HIGHER AUTHORITIES=NEVER SUBMITTED RAMBLING MAKESHIFT COM-
PLAINTS AGAINST CERTAIN STAFF-MEMBERS LIKE DR.RALPH NEWMAN,M.D.=SHRINK-
HEADHUNTER-WITCH DOCTOR-PSYCHIATRIST IN F.M.C._BUTNER, N.C. HIGHER
ER AUTHORITIES SHOULD DEMAND TO SEE THESE OVER ONE HUNDRED MAKESHIFT
FRONTAL SHEETS AND LETTERS ABOUT STAFF? THEY ALWAYS ACCUSE(FALSELY)
WITHOUT SHOWING THESE IMPROVISED COMPLAINTS.



*Citizens Commission on Human Rights®*



U.S.C. 1584
Title
misprision of felony
is what this kind
of fraud and abuse
falls under

# abuse and fraud
## WITHIN THE MENTAL HEALTH SYSTEM

**V**ulnerable people are forced to undergo provenly unworkable and even harmful psychiatric methods which enrich psychiatrists at the expense of those they pretend to serve.

**The Citizens Commission on Human Rights (CCHR) is doing something about these abuses and will assist you to report and file complaints to law enforcement and other agencies to ensure that your rights are protected.**

■ Have you personally ever been abused or harmed by psychiatric or other "mental health" treatments?

■ Have you watched a family member, friend or loved one rapidly worsen — or even die — under psychiatric treatment?

■ Have you tried to tell a psychiatrist or psychiatric facility staff about the suspicious death of a loved one who was under psychiatric care, and been ignored, ridiculed or threatened for it?

If so, you are not alone. Through psychiatry's false explanations, easy-seizure (commitment)

laws, and depersonalizing "treatments," every day thousands across the globe unwittingly fall into psychiatry's coercive system.

If you have been subjected to or are aware of abuse, sexual assault, crime or malpractice committed by a psychiatrist, psychologist or other mental health practitioner, CCHR is a group willing to listen to and help you.

**It is vital that criminal and other psychiatric abuse be reported and acted upon by the proper law enforcement agencies. Only in this way can you protect yourself and those you care about from the possibility of psychiatric abuse and coercion.**

QUESTION: WHAT SHOULD BE REPORTED?
ANSWER: Report any crime or act which you believe endangers the health, safety and well-being of a patient. This includes neglect, physical or sexual assault, abusive physical or chemical restraints, wrongful or excessive drugging, imprisonment (wrongful detention in a psychiatric facility), treatment without prior consent, manslaughter and fraud.

QUESTION: HOW SHOULD THIS BE REPORTED
ANSWER: Write up all known details about the abuse, including dates, places, names of psychiatrists, psychologists or others involved ensuring patient confidentiality is respected.
Send this to the nearest CCHR chapter. Following are some guidelines:

1. Provide answers to these questions:

■ What was the diagnosis given? Was this given after a thorough medical examination for underlyin physical problems which could look like "mental illness"?

■ Was there health insurance involved? Did it seem the diagnosis was based on what insurance coverage was held? Was length of hospitalization increased or decreased based on insurance held?

■ Was the person given a copy of his/her right including the right to see an attorney, when admitted or prior to any hearing to determine ⚫ involuntary placement or commitment to a psychiatric facility?

■ Was informed, written consent given before any treatment was administered?

■ If the abuse involved physical or chemical restraints, do you know who ordered the restraints and under what circumstances?

2. Support your data with as much documentation as possible. Remember, do not do anything illegal. Use evidence that is only acquired legally to substantiate the abuse.

3. After allowing time for delivery of your report call CCHR to further discuss the case, or to set up an appointment. **Your report and your identity will be held in strict confidence.**

# REPORT PSYCHIATRIC ABUSE.
# IT'S A CRIME.



NATALIE CAUDILL/Staff Photographer

Former Rockwall County District Attorney Ray Sumrow was led from the courtroom after his sentencing hearing on Tuesday in Dallas. Senior Judge John Nelms admonished Mr. Sumrow: "You have done it to yourself."

# DA gets 4 years in prison

## Judge removes Sumrow from office, hopes theft conviction sends message

By ELIZABETH LANGTON
Staff Writer
elangton@dallasnews.com

As Rockwall County district attorney, Ray Sumrow prosecuted at least three elected officials for misconduct. Each received probation.

Mr. Sumrow pleaded for the same sentence Tuesday after being convicted of stealing public money. Senior Judge John Nelms instead ordered him to serve four years in prison and removed him from office.

"I do not think that you are a bad person, but I have learned in 45 years in criminal justice that sometimes good people do bad things," Judge Nelms said. "I do not do this with any great feeling of joy or satisfaction, but you have done it to yourself."

Mr. Sumrow made no comment as FBI agents and officers led him from the courtroom in handcuffs. His two daughters sobbed upon hearing the sentence.

Earlier, on the witness stand, Mr. Sumrow apologized for the harm his prosecution caused but continued to maintain his inno-

See DA Page 7B

## The Sumrow case

### TUESDAY'S NEWS

■ A state judge sentenced Ray Sumrow to four years in prison for stealing public money while district attorney in Rockwall County. He could be paroled after less than a year.

■ The judge suspended Mr. Sumrow from office pending the outcome of his appeal. First Assistant District Attorney Craig Stoddart is in charge for now.

### WHAT'S NEXT

■ Mr. Sumrow's law license is likely to be suspended or revoked.

■ Prosecutors could retry him on forgery and records tampering charges; the jury deadlocked on those.

■ He also faces trial on charges of either theft or abuse of official capacity for diverting $68,000 in state money into his personal checking account. Mr. Sumrow repaid the money. The issue is whether the diversion was intentional.

■ Mr. Sumrow's attorney hinted he might consider plea bargaining on the remaining charges.

SOURCES: Texas Local Government Code, Chapter 87; Texas Rules of Disciplinary Procedure, Part VII; Dallas Morning News research



# CITIZENS COMMISSION ON HUMAN RIGHTS® INTERNATIONAL

*Established in 1969 by the Church of Scientology to investigate and expose psychiatric violations of human rights*

May 28, 2015

Mr. Joaquin Foy
U.S.M. #77218-079 (TX) Bldg. 1-1 – Room 124
Federal Medical Center
PO Box 4000
Rochester, MN 55903

Dear Mr. Foy,

Thank you for sending in your report to us. Please understand that CCHR is not a law enforcement or legal agency in any way. We cannot bring lawsuits against individuals and do not have law enforcement powers. We do not give or provide legal or medical advice. However, we do work with such officials by gathering information, filing complaints, offering research and other assistance in cases.

CCHR investigates and exposes psychiatric violations of human rights. CCHR works shoulder-to-shoulder with like-minded groups and individuals who share a common purpose to clean up the field of mental health.

All reports submitted to CCHR are kept <u>confidential.</u> We have your psychiatric abuse report on file and no actions will be taken by CCHR without your decision and permission.

Sincerely,

CCHR Public Advocate



**U.S. Department of Justice**
Office of the Inspector General
*Investigations Division*
1425 New York Avenue, N.W., Suite 7100
Washington, DC 20530

July 20, 2017

Joaquin Foy
Reg. No. 77218-079
F.M.C. AMB
PO Box 4000
Rochester, MN 55903-4000

Dear Mr. Foy:

The purpose of this letter is to acknowledge receipt of your recent correspondence. The matters that you raised have been reviewed by the Investigations Division, Office of the Inspector General for the U.S. Department of Justice (DOJ).

The primary investigative responsibilities of our Office are:

- Allegations of misconduct committed by DOJ employees and contractors; and

- Waste and abuse by high ranking DOJ officials, or that affects DOJ programs and operations.

Our Office does not have jurisdiction regarding the matter you described. Therefore, as a courtesy, your complaint has been forwarded to the following office:

U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130-3408

Any additional material you provide our Office regarding this matter will not be forwarded to the above agency. Instead, any future correspondence regarding this matter should be directed to that office.

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

PROPHET JOAQUIN IRWIN FOY )
AL-MAHDI, )
                             )
         Petitioner, )
                             )
      vs. )     Case No. 13-3184-CV-S-RED-P
                             )
NEW WORLD ORDER H.Q.'S AT )
THE BILDERDERG GROUP IN )
SWISS, GENEVA.1211. )
HEADQUARTERS (SUPER-RICH )
DEVIL WORSHIPPERS) IN )
GENEVA-SWISS.1211, )
                             )
         Respondent.

## ORDER GRANTING PETITIONER PROVISIONAL LEAVE TO PROCEED IN FORMA PAUPERIS, DISMISSING CASE WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF THE COURT TO SEND PETITIONER BIVENS FORMS

Petitioner is incarcerated at the Medical Center for Federal Prisoners in Springfield, Missouri. He filed this pro se case in the United States District Court for the Eastern District of Pennsylvania, pursuant to 28 U.S.C. § 2241, seeking relief from various conditions of his confinement. Petitioner's case was transferred to this Court on April 30, 2013. In Khaimov v. Crist, 297 F. 3d 783, 786 (8th Cir. 2002), the court noted that "a prisoner's . . . challenge to conditions of confinement should be brought [as a civil rights case] so long as the relief sought does not have the effect of invalidating the underlying conviction." A review of the 67-page petition in this case reveals that petitioner variously claims that his arm was injured by the arresting officer, who never read him his Miranda warnings; that he is being forcibly medicated with psychotropic drugs; that his right to a speedy trial was violated; that he is denied nutritious food and milk; that he has been assaulted by guards; that he is being tortured and subjected to cruel and unusual punishment; and

*[handwritten: —Foy = NOT Convicted— PRETVIAL FOR OVER 40 YRS. NOW —14 YRS.]*

that American officials are in a conspiracy with other super-rich subhuman people around the world are responsible for the murder of Princess Diana and for kidnapping children for human sacrifice. Doc. Nos. 3 and 4.

It is **ORDERED** that petitioner is granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(d).

Because most of petitioner's claims involving individuals in the Western District of Missouri should be brought as a civil rights case and because none of his claims have the effect of invalidating his underlying conviction, it is further **ORDERED** that this case is dismissed for failure to state a claim upon which habeas corpus relief may be granted. Dismissal is without prejudice as to any civil rights case that petitioner may file. The Clerk of the Court shall mail petitioner court-approved forms for filing a complaint pursuant to 28 U.S.C. § 1331 and Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics, 403 U.S. 388 (1971).

/s/ Brian C. Wimes
BRIAN C. WIMES
UNITED STATES DISTRICT JUDGE

Kansas City, Missouri,

Dated: June 25, 2013.

2

AN AMERICAN CITIZEN HAS A U.S.CONSTITUTIONAL RIGHT TO PETITION THE FEDERAL GRAND JURY TO INVESTIGATE CRIMES COMMITTED AGAINST HIM/HER. THE HISTORY OF THE GRAND JURY PLAINLY DEMONSTRATES THAT CITIZENS HAVE A CONSTITUTIONAL RIGHT TO PRESENT THEIR EVIDENCE TO THE GRAND JURY. FEDERAL RULES CRIMINAL PROCEDURE RULE 6(a) OF TITLE 18 OF THE U.S.CODE. THEREFORE, AND BY THIS LETTER AND PETITION, FOY(i) RESPECTFULLY REQUEST DIRECT ACCESS TO THE SPECIAL GRAND JURY OF MINNESOTA AND MISSOURI, PURSUANT TO MY STATUTORY RIGHT UNDER TITLE 18 U.S.C. SECTION-3332(a). SEE ALSO IN THE MATTER OF IN re GRAND JURY APPLICATION, 617 F.SUPP. 199(S.D.N.Y.1985). CONCLUSION(PARTIAL): FOY'S QUESTION TESTS THE APPLICATION OF CHECKS AND BALANCES. IT ASK THESE COURTS(MISSOURI AND MINNESOTA)TO SETTLE THE INTENT OF U.S. CONGRESS IN TITLE 18 U.S.C. SEC. 3332(a) AND TO DETERMINE WHETHER THE " PUBLIC INTEREST " IN FEDERAL RULE OF CRIMINAL PROCEDURE 6(a) SHOULD BE EXCEPTED BY THOSE AGAINST▬▬▬ WHOM IT IS INVOKED. DID CONGRESS INTEND THAT THE SUBJECTS OF INQUIRY BE THE GATEKEEPERS OF INQUIRY AND IF SO, WOULD THIS SANCTION BE A CONFLICT OF INTEREST AGAINST THE PUBLIC INTERESTS? FOR THE REASON SET FORTH ABOVE, THIS PETITION FOR INFORMAL BRIEF SHOULD BE DULY GRANTED. P.S.(POSTSCRIPT): MEMBERS OF THE EXECUTIVE AND JUDICIAL BRANCHES OF GOVERNMENT DO NOT HAVE THE AUTHORITY TO BLOCK A CITIZEN's ACCESS TO THE FEDERAL GRAND JURY! RESPECTFULLY SUBMITTED, S/N: H.J.FOY. AND THANKYOUS VERY MUCH INDEED FOR YOUR EXTREMELY PRECIOUS TIME AND LEGAL CONSIDERATION IN THIS LEGAL MATTER. HAVE A VERY NICE DAY AND GOODLY LIVES. PEACE BE UNTO YOUS.

*continued from page 4*
emphatically ordered us to follow?

The beginning of the lunar month cannot be on the same solar day all over the world. No one disputes this. If anyone does all he has to do is look at the extensive record that is available. Before the advent of modern devices of speedy communication, for more than thirteen centuries, everyone followed the clock that Allâh has created without any dispute whatsoever. Undoubtedly people in Damascus began their months often one day before Madina. Undoubtedly people in Makkah began their months often one day before Madina. So did hundreds and thousands of other localities all over the world. Never were they afraid of the criticism of the criticizer as long as they sincerely followed the orders of Allâh and His Messenger. They loved Allâh and Allâh's love was their destiny.

*"O ye who believe! Whoso of you becometh a renegade from his religion, (know that in his stead) Allâh will bring a people whom He loveth and who love Him, humble toward believers, stern toward disbelievers, striving in the way of Allâh and fearing not the criticism of the criticizer. Such is the grace of Allâh, which He giveth unto whom He will. Allâh is All Embracing, All Knowing." Al-Maida, 5:54*

So what stops us in North America from doing just that, following the clock that Allâh has created for us and ordered us to follow?

If we change our ways surely Allâh will help change our present despondent situation. If we do not change Allâh will also not change our condition. This is the promise of Allâh.

*"Verily never will Allâh change the condition of a people until they change it themselves." Ar-Ra'd, 13:11*



## Two Cases Say Muslim Inmates Are Entitled To Halal Meals

Two recent cases have broken new ground by granting Muslim prison inmates the right to receive *Halal* meals, rather than relegating them to receiving only the prison's vegetarian diet. In Hudson v. Dennehy, (D MA, March 5, 2008 -- *http://pacer.mad.uscourts.gov/dc/opinions/stearns/pdf/hudsonfindings.pdf*), a Massachusetts federal district court held that refusal by the Massachusetts Department of Corrections to provide a daily *Halal* menu to Muslim inmates violates RLUIPA. It found that the alternative vegetarian diet is not an adequate substitute. It also held that Muslim prisoners in the Special Management Unit must be permitted access to *Jum'ah* services through closed-circuit television. However the court upheld the DOC's policy of banning prayer rugs and instead furnishing Muslim inmates with prayer towels. Friday's Boston Business Journal reported on the decision, saying that it "marked the first time a U.S. court decided that Muslim inmates have a right to daily *Halal* meals and prayer services."

A week later in Perez v. Westchester County Department of Corrections, (SDNY, March 12, 2008), a New York federal district judge approved a settlement (full text) under which any Muslim inmate may now request and must receive *Halal* meals containing meat as frequently as Jewish prisoners receive kosher meat meals (currently 4 times per week). Friday's New York Law Journal reported on the case. Quoting one of the *pro bono* lawyers who filed the lawsuit, it reports that the settlement represents a "significant departure from current case law with respect to Muslim inmates' equal protection rights to receive *Halal* meals containing *Halal* meat, as opposed to a vegetarian diet, which up until this case was arguably the constitutionally reasonable alternative meal plan."

*http://religionclause.blogspot.com/2008/03/two-cases-say-muslim-inmates-are.html*

THE HISTORY OF PRISONERS' STRUGGLES IN THE COURTS STARTS WITH THE HISTORY OF SECTION 1983. SECTION 1983 IS A LAW THAT WAS PASSED BY THE UNITED STATES CONGRESS OVER 100-YEARS AGO, BUT IT HAD VERY LITTLE EFFECT UNTIL THE 1960's. SECTION 1983 WAS ORIGINALLY KNOWN AS SECTION 1 OF THE KU KLUX KLAN ACT OF 1871. SECTION 1983 DOES NOT MENTION RACE, AND IT's AVAILABLE FOR USE BY PEOPLE OF ANY COLOR, BUT IT WAS ORIGINALLY PASSED SPECIFICALLY TO HELP BLACK-AMERICANS AND AFRICAN-AMERICANS ENFORCI THE NEW U.S. CONSTITUTIONAL CIVIL RIGHTS THEY WON AFTER THE CIVIL WAR---- SPECIFICALLY, THE 13th, 14th.,AND 15th.AMENDMENTS TO THE U.S. CONSTITUT- ION. THOSE AMENDMENTS MADE SLAVERY ILLEGAL, ESTABLISHED THE RIGHT*TO " DUE PROCESS AND EQUAL PROTECTION OF THE LAW". AND RIGHT(GUARANTEED)EVER! MALE CITIZEN THE RIGHT TO VOTE. ALTHOUGH THESE AMENDMENTS BECAME LAW,WH- ITE(CAUCASIAN)RACIST JUDGES IN STATE COURTS REFUSED TO ENFORCE THESE LAWS ESPECIALLY WHEN PEOPLE HAD THEIR RIGHTS VIOLATED BY OTHER STATE OR LOCAL GOVERNMENT OFFICIALS. THE U.S. CONGRESS PASSED SECTION 1983 TO ALLOW PEO- PLE TO SUE IN FEDERAL COURT WHEN A STATE OR LOCAL OFFICIAL VIOLATED THEIR FEDERAL RIGHTS. UNFORTUNATELY, THE FEDERAL COURTS DID NOT STAY RECEPTIVE TO PRISONERS' STRUGGLES FOR LONG. IN 1996, U.S.CONGRESS PASSED AND PRESI- DENT BILL CLINTON SIGNED INTO LAW THE PRISON LITIGATION REFORM ACT(PLRA). THE P.L.R.A. IS VERY ANTI-PRISONER, AND WORKS TO LIMIT PRISONERS' ACCESS TO THE FEDERAL COURTS. PLAINTIFF(FOY)IS RESPECTFULLY DEMANDING MUSLIM AL- ISLAMIC MEALS(HALAL)FOR ALL THOSE WHOM PRACTICE THE MUSLIM FAITH=AL-ISLAM ? AS HEBREW AND JEWISH INMATES RECEIVE KOSHER MEALS AND AGAINST THIS AD- MINISTRATION's REFUSAL TO PROVIDE MUSLIM HALAL MEALS THREE TIMES DAILY??? PLEASE SEE ATTACHED NEWS PAPER ARTICLE CONCERNING AL-ISLAMIC HALAL MEALS FOR INMATES AND PRISONERS. FOR AL-ISLAMIC(RELIGION OF PEACE AND TRUE WAY OF LIFE)RELIGION FOR MUSLIM INMATES AND PRISONERS. WE WOULD ALSO LIKE FOR THE ENTIRE GENERAL POPULATION TO DULY RECEIVE ORANGE JUICE, GRAPE FRUIT JUICE, GRAPE JUICE, EGGNOG, ICED TEA, KOOLAID, THREE FULL COURSE MEALS DAILY, PROTEIN HEALTH SHAKES, SODA-POP THREE TIMES PER WEEKLY, MORE FISH (TUNA FISH SALMON-PINK, RAISAN BRAND AND WHEATIES AND TOTAL COLD CEREALS, CREAM OF WHEAT&FARINA, OAT MEAL, BREADED SQUARES OF FISH, PORK PRODUCTS ONCE PER WEEKLY, SEPARATE UTENSILS AND KITCHEN WARE FOR MUSLIMS AND KO- SHER TRAYS FOR HEBREW AND JEWISH INMATES. AS WHEN THE HON.WARDEN B.R.JETT WAS HERE HE MADE SURE WE INMATES ATE WELL AS WELL AS STAFF-MEMBERS AND CORRECTIONAL OFFICERS(WARDEN's ARMY MOVES ON THEIR STOMACHS ETC. AND WAR- DEN JETT HAD A ALCOHOL PROBLEM BUT YOU COULD NOT TELL AND HE WAS NO NON- SENSE AND SOMEWHAT STRICT ON WE INMATES AND PRISONERS BUT HE WAS FAIR AND VERY PROFESSIONAL AND WELL LIKED, BY BOTH STAFF-MEMBERS AND WE INMATES! THE FEDERAL JUDGE SHOULD HAVE ORDERED HIM TO ATTEND AA(ALCOHOLIC ANONY- MOUS)AND SHOULD NOT HAVE FIRED HIM BUT ORDERED THAT HE SEEK PROFESSIONAL HELP AND ASSISTANCE FOR HIS ALLEGED DRINKING PROBLEM? DUE TO FACT THAT AMERICA IS A ALCOHOLIC DRINKING SOCIETY AMONGST PROFESSIONALS AND COURTS WERE TOO HARSH ON HIM[HON.WARDEN=B.R. JETT]. AND THE NICE LADY WARDEN MS. LARIVA WAS PRETTY GOOD ALSO BUT SHE RETIRED. THIS DICTATOR AND OPPRESSOR AND HIS FREEMASONIC FOOD RAILLERY PLAYING BI OR HOMO SEXUAL(MEANSPIRITED) IS NO GOOD AND SHOULD BE TRANSFERRED TO GUAM(FBOP)OR ANKORAGE ALASKA(FBOP ALONG WITH HIS NON-PROFESSIONAL FOOD ADMINISTRATOR MR.CLORE AND MR.COOPER NEED TO BE TRANSFERRED TO A MUCH TOUGHER PENOLOGICAL FACILITY IN GUAM O- VER THERE BY VIETNAM OR SOME PLACE LIKE F.B.O.P. ANKORAGE=ALASKA AS PUNI- TIVE, COMPENSATORY, NOMINAL, EXEMPLARY DAMAGES IN THE AMOUNT OF A COOL $37,000,000.00=37-BILLION DOLLARS IN DAMGES(GOLD AND SILVER MONETARY BILL S IN DAMAGES)AND MONIES($37-BILLION DOLLARS)TO THE HON.MR.PRESIDENT=PRES. TRUMP AND HIS ADMINISTRATION TO HELP BUILD THE WALL AND TO MAKE AMERICA GREAT AGAIN AND TO ELIMINATE THE SEWER&PISSRATS OF THE CESSPOOL-SWAMP!

## V. REQUEST FOR RELIEF

State exactly what you want the Court to do for you. If you are a state or federal prisoner, and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records or parole release), you must file your claim on a Habeas Corpus form, pursuant to 28 U.S.C. §2254, 28 U.S.C. §2255, or 28 U.S.C. §2241.

RESPECTFULLY DEMAND AN EMERGENCY PRELINMINARY(PRELIMINARY)T.R.O.

AND PRELIMINARY(EMERGENCY)COURT ORDER INJUNCTION FROM ANY RETALIATION BY THIS ADMINISTRATION AND IMPLEMENTATION OF ALL RESPECTFULREQUESTS AND DEMANDS HEREINAMED WITHIN THIS NATIONAL COMPLAINT?.! EMERGENCY T.R.O. AN EMERGENCY COURT INJUNCTION ORDERING THIS PENAL ADMINISTRATION TO NOT RE-TALIATION AGAINST THIS INMATE WHOM IS A NON-ACCUSED CIVILLY COMMITTED DE TAINEE WHOM IS ACTUALLY INNOCENT IN THIS CASE AS A NON-CONVICTED AND NON SENTENCED INMATE PATIENT(HIGH FUNCTIONING MENTAL HEALTH INMATE AND HAVIN OVER 14-YEARS FALSE IMPRISONMENT AS A FORMER PRETRIAL DETAINEE AND ARRES TEE INNOCENT UNTIL PROVEN GUILTY AND THERE IS NO ONE TESTIFYING AGAINST ME FOR OVER 14-YEARS AND SEE RIGHT TO BE CONFRONTED BY MY ACCUSER.

_____
Signature of attorney, if any

HON.U.S.CLERK: PLEASE ISSUE THREE U.S.M. 285-SUMMOSES A-GAINST 1.COOPER-2.CLORE AND 3. NORTH CENTRAL REGION DIRECTOR FOR COL LUSION WITH FMC-ROCH -ESTER,MN.55903-4000

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned, declare (or certify, verify, or state), under penalty of perjury, that I am the plaintiff in the above action, that I have read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621.

Signed this ⎯31st⎯ day of ⎯OCTOBER-2017.⎯
BACK DATED:

Damn/of Redress (1st Amend.) Prophet H.J. Troy et al.
_____
Signature of Plaintiff

please make Note That:
Clerk and Judge JOAN N. Ericksen and magistrate judge Brisbrios (Brisbois) are unconstitutionally denying me my Right to Redress of Grievances, Access To the Courts, Access To Court(s) and Lawyers! U.S. 5th, 14, 15th Denials of Amendments=Constituti

(!Return of Iodized Salt Packets or on Tables! (Return of Iod)zed Salt-Shakers:

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing *Bivens/Tort Claim — Military Tribunal — Claims; Sec. 1981-1983-85-86.* was placed in the prison legal mail box at *Mailroom in 9-Bldg.,* for delivery by United States Mail, first-class postage prepaid, this 31st day of October, 2017, and was properly addressed to the following:

U.S. District Court — Federal Bldg./Court #316 - N. Robert St. N. Saint Paul, MN. 55101. U.S.A.

See RACIAL PRO-filing And Discrimination Against Inmates (Gen. Pop.) and mental Health." M.H. & G.P. inmates.

Under the penalty of perjury under Title 28 USC 1746

Hon. Clerk of Capitol of District of Columbia - to CHARGE judge Ericksen And MAG. Bry's Bois - up on Criminal Charges of Treason & Sedition. Military Firing-Squad = Death Penalty!

Dated: 10-31-2017.

Respectfully submitted,

Joaquin J. Loy, et al.
Name:
#: U.S.M. # 128-5079 (TX.)
Addr: Bldg. 1-2 (General Population and High Functioing mental Health Inmates) F.M.C-PMB-4000, Rochester, MN. 55903-4000.

i.P.S. Hon. Pro Se Clerk to Place "Sanctions" A - GAINST U.S. district court of saint paul, Minesota - Minnesota; Treason — MN. sedition - Treason!

Dist. Ct. of twin Saint Paul MN.'s Bias-prejudice jal/5 Bias-prejudice jals - partial discrimination Against Inmates And mental Health the Gen.-Pop. inmates - Etc.

## V.  REQUEST FOR RELIEF

State exactly what you want the Court to do for you.  If you are a state or federal prisoner, and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records or parole release), you must file your claim on a Habeas Corpus form, pursuant to 28 U.S.C. §2254, 28 U.S.C. §2255, or 28 U.S.C. §2241.

RESPECTFULLY DEMAND AN EMERGENCY PRELINMINARY(PRELIMINARY)T.R.O.
AND PRELIMINARY(EMERGENCY)COURT ORDER INJUNCTION FROM ANY RETALIATION
BY THIS ADMINISTRATION AND IMPLEMENTATION OF ALL RESPECTFULREQUESTS AND
DEMANDS HEREINAMED WITHIN THIS NATIONAL COMPLAINT?.! EMERGENCY T.R.O. AND
EMERGENCY COURT INJUNCTION ORDERING THIS PENAL ADMINISTRATION TO NOT RE-
TALIATION AGAINST THIS INMATE WHOM IS A NON-ACCUSED CIVILLY COMMITTED DE-
TAINEE WHOM IS ACTUALLY INNOCENT IN THIS CASE AS A NON-CONVICTED AND NON-
SENTENCED INMATE-PATIENT(HIGH FUNCTIONING MENTAL HEALTH INMATE AND HAVING
OVER 14-YEARS FALSE IMPRISONMENT AS A FORMER PRETRIAL DETAINEE AND ARRES-
TEE INNOCENT UNTIL PROVEN GUILTY AND THERE IS NO ONE TESTIFYING AGAINST
ME FOR OVER 14-YEARS AND SEE RIGHT
TO BE CONFRONTED BY MY ACCUSER.

_____
Signature of attorney, if any

HON.U.S.CLERK: PLEASE ISSUE
THREE U.S.M. 285-SUMMOSES A-
GAINST 1.COOPER-2.CLORE AND 3. NORTH CENTRAL REGION DIRECTOR FOR COL
LUSION WITH FMC-ROCH
-ESTER,MN.55903-4000

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned, declare (or certify, verify, or state), under penalty of perjury, that I am the plaintiff in the above action, that I have read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621.

Signed this <u>31s</u> day of <u>OCTOBER-2017.</u>

BACK DATED:

_____
Signature of Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

*Joaquin I. Foy, et al.,*

*Plaintiff*

v.

*U.S.A., et al.,*

*Defendants*

Civil Action No.

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. Once judgment is entered an appeal must be taken to the U.S. Court of Appeals for the D.C. Circuit and not to the United States District Judge. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| Parties' printed names | Signatures of parties or attorneys | Dates |
|---|---|---|
| Joaquin I. Foy | *signature* | 5-10-2018 |

Note: Return this form to the clerk of court only if you are consenting to the exercise jurisdiction by a United States magistrate judge. Do not return this form to a judge.



U.S. Department of Justice
Office of the Inspector General
*Investigations Division*
1425 New York Avenue, N.W., Suite 7100
Washington, DC 20530

July 20, 2017

Joaquin Foy
Reg. No. 77218-079
F.M.C. AMB
PO Box 4000
Rochester, MN 55903-4000

Dear Mr. Foy:

The purpose of this letter is to acknowledge receipt of your recent correspondence. The matters that you raised have been reviewed by the Investigations Division, Office of the Inspector General for the U.S. Department of Justice (DOJ).

The primary investigative responsibilities of our Office are:

- Allegations of misconduct committed by DOJ employees and contractors; and

- Waste and abuse by high ranking DOJ officials, or that affects DOJ programs and operations.

Our Office does not have jurisdiction regarding the matter you described. Therefore, as a courtesy, your complaint has been forwarded to the following office:

U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130-3408

Any additional material you provide our Office regarding this matter will not be forwarded to the above agency. Instead, any future correspondence regarding this matter should be directed to that office.



# CITIZENS COMMISSION ON HUMAN RIGHTS® INTERNATIONAL

*Established in 1969 by the Church of Scientology to investigate and expose psychiatric violations of human rights*

May 28, 2015

Mr. Joaquin Foy
U.S.M. #77218-079 (TX) Bldg. 1-1 – Room 124
Federal Medical Center
PO Box 4000
Rochester, MN 55903

Dear Mr. Foy,

Thank you for sending in your report to us. Please understand that CCHR is not a law enforcement or legal agency in any way. We cannot bring lawsuits against individuals and do not have law enforcement powers. We do not give or provide legal or medical advice. However, we do work with such officials by gathering information, filing complaints, offering research and other assistance in cases.

CCHR investigates and exposes psychiatric violations of human rights. CCHR works shoulder-to-shoulder with like-minded groups and individuals who share a common purpose to clean up the field of mental health.

All reports submitted to CCHR are kept <u>confidential.</u> We have your psychiatric abuse report on file and no actions will be taken by CCHR without your decision and permission.

Sincerely,

CCHR Public Advocate

IN THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT-St.LOUIS
MISSOURI=SITTING COURT AND HEADQUARTERS..................................

|  |  |
|---|---|
| Mr. Joaquin Irwin Foy,et al., | * MOTION TO ENFORCE THE JUDG-<br>* MENT FOR REIMBURSEMENT,.... |
| pro se and pro se coach litigant | * <br>* FOR FILING FEES(ENCUMBRANCE) |
| movant-petitioner-appellant,indigent | * UNDER THE NON-APPLICABLE |
| vs. | * FILING FEES( P.L.R.A.) |
| Miss Trista Wyatt,et al.,u.s.government, | * CASE#------10-CV_03152.GAF. |
| movees-respondents-appellees,et al.,etc... | * MOTION TO ENFORCE THE JUDGMENT<br>* FOR REIMBURSEMENT AGAINST=USDC. |

* MOTION FOR REIMBURSEMENT

*************************************FOR FILING FEES-USCA#16-3600....**********

Respectfully Comes Now, Mr.Joaquin Irwin Foy,et al.,that

he(Foy)is not an individual(patient)whom falls under the

P.L.R.A. For General Population Prisoners,etc. Movant(Foy)is a

Civilly Committed Patient under Title 18 U.S.C. Section-

4246(deemed incompetent but not dangerous due to Foy's

Respectfully passing Ten Risk Assessment Panel Hearings in a

consecutive row since November-2003, and is therefore does not

fall or come under the status of a General Population Prisoner

within the meaning of the P.L.R.A.,et cetera. For this reason,

movant(Foy)is not subject to the requirements of the p.l.r.a.,

under Michau v. Charleston Co.,So.Carolina, 434 F3d 725

(4th.Circuit 2006); Perkins v. Hedricks, 340 F3d 582-

583(8th.Cir.2003); Troville v. Venz, 303 F3d 1256,

1260(11th.Cir.2002); Copley v.Reno, No.:5:00-CT-656-

BR(E.D.N.C.); Perkins v. Hedricks, 340 F3d. 582(8th.Cir.

2003); Mendez v. Supreme Court of America,et al.,CA 03-2253;

R.Mendez, 03-7800(4th.Cir.)ordered refund any amount

previously paid on Appeal.; (Foy Civilly Committed as

psychiatric mental patient since 2003)(Civilly Committed

complex questions of law. In *Agyeman v. CCA*, 390 F.3d 1101 (9th Cir. 2004) for example, the Ninth Circuit said the lower court abused its discretion when it did not appoint counsel to an immigration detainee who sued a private corporation because the case was very complex. *See also Sanusi v. Immigration and Naturalization Service,* 100 Fed. Appx. 49, 2004 WL 1303644 (2d Cir. 2004).

---

*Examples of the types of cases detainees can bring under the **Due Process Clause:***
- Restrictive or inhumane conditions of confinement
- Use of excessive force by guards.
- Problems with food, exercise, or sanitation.
- Failure to provide adequate medical care.

---

The law is even less clear for non-citizens who are arrested while entering the United States without a valid visa, or who are arrested after entering without inspection. These people are called "inadmissible" and the government sometimes argues they should get even less legal protection than other non-citizens. One of the first cases to address this issue was *Lynch v. Cannatella*, 810 F.2d 1363 (5th Cir. 1987). In *Lynch*, sixteen Jamaican stowaways claimed that they were abused while in the custody of the New Orleans harbor police. For ten days they were locked in a short-term detention cell without beds, mattresses, pillows, or heaters. Defendants kept them handcuffed and forced them to work while shackled. The police hosed them down with fire hoses, beat them, shot them with a stun gas, and locked them in shipping containers.

When the non-citizens sued, the defendants in *Lynch* argued that "inadmissible" aliens have "virtually no constitutional rights." The Fifth Circuit disagreed, and held that due process protects "persons" whether or not they are citizens or legal residents. The court held that immigration detainees are "entitled under the due process clauses of the Fifth and Fourteenth Amendments to be free of gross physical abuse at the hands of state or federal officials."

Unfortunately, some courts have taken this language to be the outer limit of due process protection for inadmissible aliens. For an example of this type of reasoning, read *Adras v. Nelson*, 917 F.2d 1552 (11th Cir. 1990). We think that all detainees should be protected from far more than "gross physical abuse," whether they are inadmissible or deportable, and urge you not to use this standard in your papers. If the defendants in your case use this standard, you could point out that it doesn't make sense to offer civil

immigration detainees less protection than convicted criminals get under the Eighth Amendment.

There are almost no cases addressing the application of the Fourth Amendment's prohibition on "unreasonable searches and seizures" to immigration detainees. Because searches can be based on similar security concerns in all types of detention, most court treat prisoners, pretrial detainees, and immigration detainees the same, although those who have not been convicted of a crime may have somewhat more success in challenging the worst searches, like strip or body cavity searches. One unlawful search case by an immigration detainee is *Al-Shahin v. DHS*, No. 06-5261, 2007 U.S. Dist. LEXIS 75018 (D.N.J. 2007).

As explained in Section J on pretrial detainees, some courts have held that pretrial detainees charged with misdemeanors or other minor offenses cannot be strip searched in the absence of individualized reasonable suspicion that the detainee possesses a weapon or contraband. Thus, at a minimum, the same standard should apply to immigration detainees, who have not been charged with any crime. Some cases that discuss strip searches of pretrial detainees are *Bell v. Wolfish*, 441 U.S. 520 (1979); *Shain v. Ellison*, 273 F.3d 76 (2d Cir. 2001); *Kelly v. Fonti*, 77 F.3d 819 (5th Cir. 1996).

Also similar to pretrial detainees, the law about placement in segregation without due process may be better for immigration detainees than for convicted prisoners. One good case to read on this issue is *Bromfield v. McBurney*, C07-5226RBL-KLS, 2008 U.S. Dist. LEXIS 11844 (W.D. Wash. Jan 14, 2008).

Prison Litigation Reform Act (PLRA) and Exhaustion Requirements

Every circuit court to address the issue has held that the PLRA does not apply to immigration detainees because they are not "prisoners" within the meaning of the act. This means that the restrictive provisions of the PLRA discussed in Chapter 2, Section F and throughout this handbook do not apply to you, including the exhaustion requirement, filing fees, and three strikes provisions. Some examples of these cases include *Ojo v. INS*, 106 F.3d 680 (5th Cir. 1997); *LaFontant v. INS*, 135 F.3d 158 (D.C. Cir. 1998); *Preval v. Reno*, 203 F.3d 821 (4th Cir. 2000); *Agyeman v. INS*, 296 F.3d 871 (9th Cir. 2002). *See also Page v. Torrey*, 201 F.3d 1136 (9th Cir. 1999); *Troville v. Venz*, 303 F.3d 1256 (11th Cir. 2002); *Perkins v. Hedricks*, 340 F.3d 582 (8th Cir. 2003) (holding that the PLRA does not apply to people who have been civilly committed).

*Joy is Civilly Committed under Title 18 U.S.C. Section-4246.*